UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:10-cr-00146-SEB-KPF |
| JALIL WILLIAMS, | ) ) | -01 |
| Defendant. | ) ) | |

## ORDER

On January 15, 2021, Defendant filed a pro se letter that the Court construed as a motion for compassionate release. Dkt. 71. On January 26, 2021, the Court concluded that the motion did not include sufficient information to demonstrate that Defendant was entitled to compassionate release and denied it without prejudice. Dkt. 73. The Court informed Defendant that he could renew his motion by completing and returning the Court's form compassionate release motion. *Id.* The Court mailed its Order and a copy of the form motion to Defendant on January 27, 2021.

On January 25, 2021, the Court received another letter from Defendant requesting compassionate release. Dkt. 74. The letter second letter was not entered onto the docket until January 28, 2021—that is, after the Court entered its Order denying Defendant's first motion for compassionate release. The second letter and attachments appear to be largely identical to the first letter. It appears that Defendant mailed the second letter before he received the Court's Order denying his first motion for compassionate release. To avoid any confusion, the Court states that— like Defendant's first letter—Defendant's second letter and attachments do not include sufficient information to allow the Court to conclude that Defendant is entitled to compassionate release. If

Defendant wishes to renew his motion, he should complete and return the form compassionate release motion that was mailed to him on January 27, 2021.

**IT IS SO ORDERED.**

Date: 2/3/2021

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

All Electronically Registered Counsel

Jalil Williams
Reg. No. 08901-028
USP Canaan
U.S. Penitentiary
Smart Communications
P.O. Box 30
Pinellas Park, FL 33781