UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:10-cr-00146-SEB-MJD |
| | ) |
| JALIL WILLIAMS, | )   -01 |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her sealed Report and Recommendation on Defendant's Competency [Dkt. 103]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. The court finds from the report submitted by Dr. Cynthia Low, Ph.D. and the Magistrate Judge's Report and Recommendation, the defendant is competent to proceed.

IT IS SO ORDERED.

Date:  9/5/2025

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF